IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINA BOYLE,

    Plaintiff,

v.                                    Cause No. 2:24-CV-01105-JB-GBW

WALMART INC.,
WAL-MART STORES EAST,
LIMITED PARTNERSHIP

    Defendants.

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

NOW COMES Plaintiff Christina Boyle ("Plaintiff"), and hereby gives notice that Pablo S. Lopez of Cervantes Scherr Legate, L.C. is entering an appearance and substituting as counsel of record for Adrian Acosta, formerly of Cervantes Scherr Legate, L.C. By filing of this Notice, Adrian Acosta is hereby withdrawn as counsel of record for Plaintiff.

Plaintiff, Pablo S. Lopez, and Adrian Acosta each consent to this substitution and withdrawal of counsel. Copies of all documents pertaining to litigation in this matter should be sent to the undersigned attorney.

Pablo S. Lopez of Cervantes Scherr Legate, L.C. will be substituted as Lead Counsel for Plaintiff and copies of all documents pertaining to litigation in this matter should also be sent to him.

Counsel for Defendant Walmart Inc., and Wal-Mart Stores East, Limited Partnership are unopposed.

Respectfully submitted,

**CERVANTES SCHERR LEGATE, L.C.**

*/s/ PABLO S. LOPEZ*
**PABLO S. LOPEZ**
NM State Bar No. 163580
Attorney for Plaintiff
901 E. University Avenue, Ste. 965-L
Las Cruces, NM 88001
Phone: 575-526-5600
Fax: 575-523-9317
PLopez@scherrlegate.com

### CERTIFICATE OF CONFERENCE

Pursuant to D.N.M.LR-Civ. 7.1(a), opposing counsel was contacted for concurrence with respect to this Motion and Counsel for Defendants Walmart Inc., and Wal-Mart Stores East, Limited Partnership stated they are "unopposed".

*/s/ PABLO S. LOPEZ*
**PABLO S. LOPEZ**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, which provides notice and service of these documents to all attorneys of record in this civil action, as follows:

Jerem K. Harrison
Jennifer A. Kittleson
Celina C. Baca
Modrall, Sperling, Roehl, Harris
& Sisk, P.A.
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
(505)848-1800
Jeremy.harrison@modrall.com
Jennifer.kittleson@modrall.com
Celina.baca@modrall.com
*Attorneys for Defendants*
*Walmart Inc. and Wal-Mart Stores East L.P.*

*/s/ PABLO S. LOPEZ*
**PABLO S. LOPEZ**